Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone:  (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
*Brenda Contreras*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRENDA CONTRERAS,<br><br>Defendant. | Case No.:  2:21-cr-00102-JCM-VCF<br><br>**STIPULATION TO CONTINUE INITIAL ARRAIGNMENT** |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, Acting United States Attorney, and ALLISON REESE, Assistant United States Attorney, counsel for the United States of America, and MAYSOUN FLETCHER, counsel for Defendant BRENDA CONTRERAS, that the initial arraignment hearing date in the above-captioned matter, currently scheduled for April 23, 2021, at 1:00 p.m., be vacated and continued to April 27, 2021 at 1:00 p.m. or another date and time convenient for the Court.

This stipulation is entered into for the following reasons:

1. Defense Counsel is currently unavailable on the date and time currently set.

2. The parties agree to the continuance.

3. Defendant BRENDA CONTRERAS is out of custody and does not object to the continuance.

1

4. This is the first request for a continuation of the initial arraignment hearing.

DATED: April 7, 2021

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Allison Reese*
_____
ALLISON REESE
Assistant United States Attorney


/s/ *Maysoun Fletcher*
_____
MAYSOUN FLETCHER
Counsel for Defendant BRENDA CONTRERAS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-00102-JCM-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| BRENDA CONTRERAS, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense Counsel is currently unavailable on the date and time currently set for the initial arraignment hearing.

2. The parties agree to the continuance.

3. Defendant BRENDA CONTRERAS is out custody and does not object to the continuance.

4. This is the first request for a continuation of the initial arraignment hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the initial arraignment hearing date.

**ORDER**

IT IS THEREFORE ORDERED that the arraignment and plea hearing currently scheduled for April 23, 2021, at the hour of 1:00 p.m., be vacated and continued to Tuesday, April 27, 2021, at the hour of 1:00 p.m., in Courtroom 3D before Magistrate Judge Elayna J. Youchah.

DATED this 8th day of April, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE