# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | 2:21 -cr-0102-JCM-VCF |
| v. | |
| BRENDA CONTRERAS, | **ORDER** |
| Defendant(s). | |

Before me are defendant's motion to suppress statements (ECF No. 103) and motion to suppress evidence unlawfully seized from motel room (ECF No. 104).

Under LCR 12-1(a)(2), responses to pretrial motions and notices must be filed and within 14 days from the date of service of the motion. Here, no opposition has been filed to ECF Nos. 103 and 104 and the time to file an opposition to ECF Nos. 103 and 104 has passed.

Accordingly,

I ORDER that any opposition to defendant's motion to suppress statements (ECF No. 103) and motion to suppress evidence unlawfully seized from motel room (ECF No. 104) must be filed on or before March 23, 2022. If no opposition(s) is filed to Defendant's motion to suppress statements (ECF No. 103) and motion to suppress evidence unlawfully seized from motel room (ECF No. 104), I will recommend that these motions be granted.

DATED this 16th day of March 2022.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE