THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
5510 S. Fort Apache Road
Las Vegas, Nevada  89148
Telephone:  (702) 835-1542
Facsimile:  (702) 835-1559
maf@fletcherfirmlaw.com
Counsel for Brenda Contreras

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENDA CONTRERAS,<br><br>Defendant. | Case No. 2:21-cr-00102-JCM-VCF<br><br>**STIPULATION TO CONTINUE BRIEFING OF PRETRIAL MOTIONS**<br><br>(Second Request) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Jason M. Frierson, United States Attorney, Allison Reese, Assistant United States Attorney, Lisa Cartier-Giroux, counsel for the United States of America; and Maysoun Fletcher, Esq., and Jess Marchese, Esq., counsel for Brenda Contreras, that the additional briefing ordered by Magistrate Judge Ferenbach following the evidentiary hearing which took place on May 6, 2022 [ECF No. 126] related to Defendant's Motion to Suppress Statements ([ECF No. 103], Government's Response [ECF No. 118], and Defendant's Reply [ECF No. 121])  and Defendant's Motion to Suppress Evidence Unlawfully Seized from Motel Room ([ECF No. 104], Government's Response [ECF No. 117], and Defendant's Reply [ECF No. 120]) should be continued as follows:

Defendant's opening brief currently due June 17, 2022, should be continued to July 22, 2022.

United States' answering brief currently due July 1, 2022, should be continued to August

19, 2022.

Defendant's reply brief currently due July 11, 2022, should be continued to September 16, 2022.

This stipulation is entered into for the following reasons:

1. The parties need additional time to attempt to resolve this matter.
2. The parties need additional time to research and prepare their briefs.
3. The parties stipulated to continue trial [ECF No. 128] which will allow the additional time requested herein for briefing.
4. The parties further agree that the circumstances presented above are factors for delay under Sections 3161(h)(7)(B)(i) through (iv), and 3161(h)(1)(D) and that all delay resulting from any continuance granted pursuant to this Stipulation is excluded from the computation of time by which trial must commence under the statute of limitations by virtue of Title 18, United States Code, Section 3161 (h)(7)(A), the ends of justice outweighing the interests of the public and the defendant in a speedy trial when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) through (iv).
5. This is the second request for continuance.

DATED this 7th day of June, 2022.

Respectfully submitted,

JASON M. FRIERSON,
United States Attorney

| /s/ Allison Reese | /s/ Maysoun Fletcher, Esq. |
| --- | --- |
| ALLISON REESE | MAYSOUN FLETCHER, ESQ. |
| Assistant United States Attorney | Counsel for Brenda Contreras |

| /s/ Lisa Cartier-Giroux | /s/ Jess Marchese, Esq. |
| --- | --- |
| LISA CARTIER-GIROUX | JESS MARCHESE, ESQ. |
| Assistant United States Attorney | Counsel for Brenda Contreras |

THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
5510 S. Fort Apache Road
Las Vegas, Nevada  89148
Telephone:  (702) 835-1542
Facsimile:  (702) 835-1559
maf@fletcherfirmlaw.com
Counsel for Brenda Contreras

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00102-JCM-VCF |
| Plaintiff, | |
| v. | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| BRENDA CONTRERAS, | |
| Defendant. | |

### **FINDINGS OF FACTS**

Based upon the pending stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Defendant's opening brief currently due  June 17, 2022, should be continued to July 22, 2022.

2. United States' answering brief currently due July 1, 2022, should be continued to August 19, 2022.

3. Defendant's reply brief currently due July 11, 2022, should be continued to September 16, 2022.

4. The parties need additional time to attempt to resolve this matter.

5. The parties need additional time research and prepare their briefs.

3

6. The parties stipulated to continue trial [ECF No. 128] which will allow the additional time requested herein for briefing.

7. The parties further agree that the circumstances presented above are factors for delay under Sections 3161(h)(7)(B)(i) through (iv), and 3161(h)(1)(D) and that all delay resulting from any continuance granted pursuant to this Stipulation is excluded from the computation of time by which trial must commence under the statute of limitations by virtue of Title 18, United States Code, Section 3161 (h)(7)(A), the ends of justice outweighing the interests of the public and the defendant in a speedy trial when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) through (iv).

## **CONCLUSIONS OF LAW**

1. Denial of this request for continuance would likely result in a miscarriage of justice;

2. For all of the above-stated facts, the Court finds that the ends of justice outweigh the interests of the public and the defendant in a speedy trial when considering the factors under 18 U.S.C. §3161(h)(7)(B)(i) and (iv). As a result, any and all delay resulting from the date of entry of this Order until the date set for trial below, is excludable from the computation of time by which trial must commence under the Speedy Trial Act by virtue of 18 U.S.C. §3161(h)(7)(A).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## ORDER

**IT IS THEREFORE ORDERED** that the Defendant's opening brief currently due June, 2022, shall be continued to July 22, 2022.

**IT IS FURTHER ORDERED** that the United States' answering brief currently due July 1, 2022, shall be continued to August 19, 2022.

**IT IS FURTHER ORDERED** that the Defendant's reply brief currently due July 11, 2022, shall be continued to September 16, 2022.

Dated this 10th day of June 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE